IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JOANN HAY  
and  
CEASAR HAY  
Both of:  
  5504 Hiland Avenue  
  Lanham, Maryland 20706  

    Plaintiffs,  

v.                                                                       CAL No. CAL21-08980

THE TJX COMPANIES, INC.,  
  d/b/a TJ MAXX  
770 Cochituate Road  
Framingham, Massachusetts 01701  
  Serve:  
  The Corporation Trust, Inc.  
  2405 York Road, Suite 201  
  Lutherville-Timonium, Maryland 21093  

    Defendant.

## **COMPLAINT**

COUNT I  
(Negligence)

The plaintiffs, JoAnn Hay and Ceasar Hay, by and through counsel, sue defendant The TJX Companies, Inc. d/b/a TJ Maxx, (hereinafter referred to as "TJ Maxx"), and for their cause of action state as follows:

1. At all times herein mentioned, defendant TJ Maxx owned and managed a store located at 15530 Annapolis Road, Bowie, Maryland 20715, in Prince George's County.

2. At all times relevant Plaintiff JoAnn Hay was an invitee and customer at said store.

-2-

3. On or about October 23, 2020, at approximately 4:00 p.m., plaintiff JoAnn Hay was walking through the TJ Maxx store when a large item fell from the shelf and struck her on the ankle. There were no signs posted warning of any danger.

4. The incident would not have occurred but for the fact that defendant TJ Maxx, acting through its agents, servants, and employees, negligently failed to properly inspect and maintain the above-mentioned property; negligently placed items on the shelf, negligently failed to insure that the shelf and the items on the shelf were secure, negligently failed to repair the premises; negligently failed to warn plaintiff of the dangerous and hazardous condition of the premises; and negligently failed to adequately inspect and patrol the area;

5. As a direct and proximate result of the aforesaid negligence, plaintiff JoAnn Hay sustained injury to all parts of her body, some of which are believed to be permanent, especially to her right ankle; suffered and shall suffer great pain of body and mind; incurred and shall incur medical and out-of-pocket expenses; and, as a result, has been damaged in an amount in excess of $75,000.00.

WHEREFORE, plaintiff JoAnn Hay demands judgment against defendant The TJX Companies, Inc. d/b/a TJ Maxx, in an amount in excess of $75,000.00.

### COUNT II
(Loss of Consortium)

6. Plaintiffs JoAnn Hay and Ceasar Hay repeat and re-allege each and every allegation contained in paragraphs 1-5 of Count I of this Complaint and incorporate these allegations herein.

7. As of October 23, 2020, plaintiffs JoAnn Hay and Ceasar hay were and are now husband and wife. The aforesaid negligence of the defendant TJ MAXX caused plaintiffs JoAnn Hay and Ceasar Hay to suffer a loss of consortium to the detriment of their marital relationship, loss of social, sexual and spiritual companionship of their spouse, and they have therefore been damaged in .an amount in excess of $75,000.00.

-3-

WHEREFORE, plaintiffs JoAnn Hay and Ceasar Hay demand judgment against defendant The TJX Companies, Inc. d/b/a TJ Maxx, in an amount in excess of $75,000.00.

_____
James W. Taglieri, Esq.  TA3003
CPF 7512010313
Attorney for Plaintiff
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036
Telephone:   (202) 785-3373
Facsimile:   (202) 775-5697
E-mail:        jim.t@cadotag.com

## JURY DEMAND

Plaintiff demands a trial by a jury as to all issues involved herein.

_____
James W. Taglieri
Attorney for Plaintiff

## CERTIFICATE

I certify that I am a member in good standing of the Bar of the State of Maryland.

_____
James W. Taglieri
Attorney for Plaintiff